1  SO. CAL EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Avenue, Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorney for Plaintiff,
   EDMOND NEAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOHNNY PARKER D/B/A AVATAR COMPUTER SERVICES; KAVEH A. FARHANG, AS TRUSTEE OF THE K. FARHANG TRUST; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:25-cv-05163-FMO (MBKx)**<br>Assigned to Hon. Fernando M. Olguin<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that EDMOND NEAL ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby requests the Court to dismiss the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (2)   *By Court Order; Effect*. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss,

the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Accordingly, Plaintiff requests that this matter be dismissed without prejudice by the Court with the Court.

DATED: November 13, 2025                        **SO. CAL EQUAL ACCESS GROUP**

                                          */s/ Jason J. Kim*
                                   JASON J. KIM
                                   Attorney for Plaintiff