JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>             Plaintiff,<br><br>     vs.<br><br>JOHNNY PARKER D/B/A AVATAR COMPUTER SERVICES; KAVEH A. FARHANG, AS TRUSTEE OF THE K. FARHANG TRUST; and DOES 1 to 10,<br><br>             Defendants. | Case No.: 2:25-cv-05163-SK<br><br>Assigned to Hon. Steve Kim<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: December 2, 2025

Hon. Steve Kim
U.S. Magistrate Judge